IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00147-MSK-MJW

CHRISTOPHER WOOD and
LAURIE WOOD,

Plaintiffs,

v.

JACOB LIAO ONG, M.D.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Laurie Wood's Unopposed [Motion] to Amend the Complaint (Docket No. 26) is GRANTED. The Amended Complaint (Docket No. 26-1) is accepted for filing and the Clerk is directed to file the Amended Complaint as of the date of this order.

Date: October 30, 2013