# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-00147-MJW                    FTR - Courtroom A-502

**Date:**  February 6, 2014                              Courtroom Deputy, Emily Seamon

      *Parties*                                                        *Counsel*

M. N. W., a minor child, by and through her mother       John Astuno
and next best friend,                                    William Keating
LAURIE WOOD,

      Plaintiffs,

v.

JACOB LIAO ONG, M.D.,                                    John Martin

      Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session:**  1:32 p.m.
Court calls case.  Appearances of counsel.  On the telephone: plaintiff Laurie Wood.

It is noted this matter was settled to the satisfaction of all concerned.  The parties request that the Court approve the proposed settlement.

Court advises counsel it is not comfortable approving the settlement without probate approval.

Discussion regarding managing the amount of money to be given to the minor child.

**ORDERED:**  Plaintiffs' Stipulated Motion for Court Approval of a Settlement of this Case [Doc. No. 46, filed February 5, 2014] is **APPROVED** with the supplement as discussed on the record.  Plaintiffs' counsel shall file a supplement with the Court on or before **February 17, 2014**.  Counsel may file a motion for leave to restrict access to the supplement.

Hearing concluded.

**Court in recess:**     1:55 p.m.
Total in-court time:     00:23

---

To order a transcript of this proceeding, contact  Avery Woods Reports  (303) 825-6119 or Toll Free  1-800-962-3345.